Lawrence D. CALDWELL,
Plaintiff—Appellee,

v.

UNITED STATES of America; Don M. Lamb, U.S. Marshals Service, Portland OR, individually and officially; Jerry Wilson, Special Agent FBI; Stan Renning, Special Agent FBI; Joseph Thalhofer, Deschutes County Judge Retired, Defendants,

and

Michael E. Amend, Inspector, U.S. Marshals Service, Baltimore MD, Defendant—Appellant.

Lawrence D. Caldwell, Plaintiff—Appellant,

v.

United States of America; Jerry Wilson, Special Agent FBI; Stan Renning, Special Agent FBI; Joseph Thalhofer, Deschutes County Judge Retired, Defendants,

and

Michael E. Amend, Inspector, U.S. Marshals Service, Baltimore MD; Don M. Lamb, U.S. Marshals Service, Portland OR, Defendants—Appellees.

Nos. 03–35287, 03–35321.
D.C. No. CV–87–01143–ALH.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 1, 2004.

Decided March 4, 2004.

Lawrence D. Caldwell, Washington, DC, pro se.

Herbert C. Sundby, USPO—Office of the U.S. Attorney, Portland, OR, Denise G. Fjordbeck, DOJ—Oregon Department of Justice, Salem, OR, for Defendants.

Before GOODWIN, MCKEOWN, and FISHER, Circuit Judges.

MEMORANDUM *

The judgments of the district court in these consolidated appeals are AFFIRMED for substantially the reasons set forth in the district court's written decision.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.